IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

GREGORY LEE TRIBBLE, )
)
    Plaintiff, )
)
vs. ) CV-97-H-1486-NE
)
JUDGE SUSAN MOQUIN, ET AL., )
)
    Defendants. )

FILED
98 OCT 15 AM 8:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
OCT 15 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 11, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous, for failure to state a claim upon which relief may be granted and because plaintiff seeks monetary relief from a defendant who is immune from such relief under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous, for failure to state a claim upon which relief may be granted and because plaintiff seeks monetary relief from a defendant who is immune from such

14

relief pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 14th day of OCTOBER, 1998.

*James H. Hancock*
JAMES H. HANCOCK
SENIOR JUDGE